UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

UNITED STATES OF AMERICA,

       Plaintiff,

-against-

DAVID L. WILLIAMS,

       Defendant.
-----------------------------------------------------------------X

**ORDER**

**17-CV-566 (NGG) (RER)**

NICHOLAS G. GARAUFIS, United States District Judge.

 On February 1, 2017, Plaintiff, the United States of America, brought this action against Defendant, David L. Williams, to recover the unpaid balance of Defendant's federal student loan. (Compl. (Dkt. 1).) Defendant was served with the Complaint on March 27, 2017, but did not respond within the requisite period. (Aff. of Service (Dkt. 5).) At Plaintiff's request, the Clerk of Court entered a certificate of default against Defendant on August 14, 2017. (Clerk's Entry of Default (Dkt. 8).) Plaintiff moved for default judgment on August 29, 2017 (Pl.'s Mot. for Default J. (Dkt. 9)), and the court referred the motion to Magistrate Judge Ramon E. Reyes for a report and recommendation ("R&R") (Aug. 29, 2017, Order).

 On December 8, 2017, Judge Reyes entered an R&R recommending that this court grant Plaintiff's motion. (R&R (Dkt. 10) at 1.) No party has objected to the R&R, and the time in which to do so has passed. See Fed. R. Civ. P. 72(b)(2). The court therefore reviews the R&R for clear error. See Dafeng Hengwei Textile Co. v. Aceco Indus. & Commercial Corp., 54 F. Supp. 3d 279, 283 (E.D.N.Y. 2014) ("The district court may adopt those portions of the recommended ruling to which no timely objections have been made, provided no clear error is

1

apparent from the face of the record."). Having found no clear error in the R&R, the court ADOPTS it in full.

Accordingly, Plaintiff's motion for default judgment (Dkt. 9) is GRANTED. The court awards Plaintiff (1) $4,524.75 in unpaid principal; (2) $4,461.32 in prejudgment interest through January 24, 2018; (3) $65.00 in costs; and (4) post-judgment interest calculated pursuant to 28 U.S.C. § 1961.

SO ORDERED.

Dated: Brooklyn, New York
       January 24, 2018

s/Nicholas G. Garaufis
NICHOLAS G. GARAUFIS
United States District Judge